UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:17-cv-02177-JLS-KES                                                Date: April 04, 2019

Title: MTC Financial Inc. dba Trustee Corps et al v. United States of America

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:
        Not Present                                                            Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TAKING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UNDER SUBMISSION (Doc. 25)**

Before the Court is a Motion for Summary Judgment filed by Defendant-Claimant the United States of America. (Mot., Doc. 25.) The Court finds this matter appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15. Accordingly, the hearing set for April 5, 2019, at 10:30 a.m., is VACATED and the Court takes the matter UNDER SUBMISSION.