UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| MTC FINANCIAL INC. dba TRUSTEE CORPS<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA, ET AL. | Case No.: 8:17-cv-02177 JLS(KESx)<br><br>Judgment and Order of Distribution |

1 | Based on the United States of America's motion for summary judgment
2 | and for good cause shown:
3 | 1. Judgment is entered in favor of the United States as to the priority of its claim to the entirety of the interpleaded funds of $114,422.31.
4 | 2. The Clerk of the Superior Court of California for the County of Orange is directed to distribute to the United States of America the interpleaded funds in the amount of $114,422.31 plus any accrued interest in *In re 16622 Brigham Lane, Huntington Beach, California 92649,* case no. 30-2017-00934490-CU-PT-CJC.
5 | 3. Payment shall be payable to the "United States Department of Justice" and mailed to Andrew T. Pribe, Assistant United States Attorney, United States Attorney's Office, 300 N. Los Angeles Street, Suite 7211, Los Angeles, California 90012.

IT IS SO ORDERED.

DATED: April 08, 2019

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE